# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand and fourteen.

_____

United States of America,
    Appellee,

v.

**ORDER**
Docket No. 14-2184

Charles Thompson,
    Defendant-Appellant.

_____

    Patrick L. Bruno moves to be relieved as counsel to Appellant.

    IT IS HEREBY ORDERED that the motion is DENIED without prejudice to renewal within 30 days. Any renewed motion to be relieved must comply with Local Rule 4.1(d) (requiring withdrawing counsel to inform Appellant of his rights and responsibilities with respect to obtaining counsel and attach one of several documents, statements, or applications in support of the motion to withdraw). If Appellant seeks to voluntarily dismiss this appeal, the motion must comply with Local Rule 42.2.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

